

45 Ottawa Avenue SW
Suite 1100
P.O. Box 306
Grand Rapids, MI 49501-0306

☰ MERITAS LAW FIRMS WORLDWIDE

**CHRISTOPHER SCHNEIDER**
Attorney at Law

616.831.1738
616.988.1738 fax
schneiderc@millerjohnson.com

March 20, 2026

**By ECF and E-mail**
The Honorable John P. Cronan, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

      **Re:**    **Golden West Trading, Inc. v. WK Kellogg North America LLC,** *et al*,
            **Case No. 1:25-cv-09835**

Dear Judge Cronan:

We represent Defendants in the above-referenced matter, Ferrero International S.A., WK Kellogg North America LLC, and WK Kellogg Co. The Court has ordered the parties to appear for a teleconference on April 9, 2026, at 2:00 p.m., to discuss Defendants' premotion letters, Dkts. 19, 40, and a discovery schedule in the case. Dkt. 42.

The week of April 6, 2026, is spring break in our area. On April 9, 2026, I will be in California with my family, and my partner Jennifer McManus will be out of the country. We anticipate having Wi-Fi access, but are uncertain how reliable the connection will be. Accordingly, pursuant to the Rule 7.1(e) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York and Rule 3(B) of Your Honor's Individual Rules and Practices in Civil Cases, Defendants respectfully request that the Court adjourn the April 9 conference and reschedule it when all parties are available.

Counsel for Plaintiff Golden West Trading, LLC, does not oppose this request for an adjournment, on the condition that the conference is not rescheduled for the week of April 13, 2026, when his family is on spring break vacation. All parties are available March 25, 26, and 27, and the week of April 20, 2026, and following.

The conference scheduled for April 9, 2026 is adjourned until April 21, 2026, at 4:30 p.m. The Clerk of Court is respectfully directed to close Dkt. 43.

SO ORDERED
March 23, 2026

*[signature]*
JOHN P. CRONAN
United States District Judge

Sincerely,
MILLER JOHNSON

By *[signature]*
    Christopher Schneider

cc:  All Counsel of Record via ECF