

45 Ottawa Avenue SW
Suite 1100
P.O. Box 306
Grand Rapids, MI 49501-0306

☷ MERITAS LAW FIRMS WORLDWIDE

**JENNIFER L. MCMANUS**
Attorney at Law

616.831.1819
616.988.1738 fax
mcmanusj@millerjohnson.com

June 22, 2026

**By ECF and E-mail**
The Honorable John P. Cronan, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

> Re: **Golden West Trading, Inc. v. WK Kellogg North America LLC, *et al*,**
> **Case No. 1:25-cv-09835**

Dear Judge Cronan:

We represent Defendants Ferrero International S.A., WK Kellogg North America LLC, and WK Kellogg Co.

Pursuant to the Court's June 3, 2026 Order (Dkt. 61), Defendants' motions to dismiss and supporting briefs are currently due on June 24, 2026. Defendants respectfully request a one-week extension, to July 1, 2026, to file those motions and briefs.

The June 24 deadline was set following Plaintiff's filing of the First Amended Complaint on May 20, 2026. Defendants have not previously sought any extensions of this briefing schedule, although the June 24 deadline reflects a 21-day extension of the default answer deadline under Rule 15(a)(3). A one-week extension will not affect any other deadlines: fact discovery is scheduled to close on October 19, 2026, and no other case management deadlines are presently in effect. Defendants respectfully request this extension to facilitate final communications between clients and counsel to verify the accuracy of the assertions in the briefs and supporting materials.

Plaintiff does not oppose this request, provided that the remaining briefing deadlines are also extended by one week. If the Court grants that request, the revised schedule would be as follows:

- Defendants' motions to dismiss and supporting briefs: July 1, 2026

- Plaintiff's oppositions: August 17, 2026

- Defendants' replies: August 31, 2026

The request is granted.  Defendants' motions to dismiss are due July 1, 2026, Plaintiff's oppositions are due August 17, 2026, and Defendants' replies are due August 31, 2026.  The Clerk of Court is respectfully directed to close Dkt. 63.

SO ORDERED
June 23, 2026

*[signature]*
JOHN P. CRONAN
United States District Judge

The Honorable John P. Cronan
June 22, 2026 -- Page 2

Sincerely,

MILLER JOHNSON

By *Jennifer McManus*

Jennifer L. McManus

cc: All Counsel of Record via ECF