MILLER JOHNSON Attorneys

45 Ottawa Avenue SW
Suite 1100
P.O. Box 306
Grand Rapids, MI 49501-0306

MERITAS LAW FIRMS WORLDWIDE

**JENNIFER L. MCMANUS**
Attorney at Law

616.831.1819
616.988.1738 fax
mcmanusj@millerjohnson.com

August 26, 2026

**By ECF and E-mail**
The Honorable John P. Cronan, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street, Room 1320
New York, New York 10007
CronanNYSDChambers@nysd.uscourts.gov

**Re: Golden West Trading, Inc. v. WK Kellogg North America LLC, *et al*, Case No. 1:25-cv-09835**

Dear Judge Cronan:

We represent Defendants Ferrero International S.A., WK Kellogg North America LLC, and WK Kellogg Co.

Pursuant to the Court's June 23, 2026 Order (Dkt. 64), Defendants' reply briefs in support of their motions to dismiss are currently due on August 31, 2026. Defendants respectfully request a four-day extension, to September 4, 2026, to file those briefs.

This is the first request to extend the deadline for Defendants' reply briefs. Defendants previously requested, and the Court granted, a one-week extension of the deadline to file their opening briefs, which correspondingly adjusted the subsequent briefing deadlines.

The requested extension will not affect any other case deadlines. Fact discovery is scheduled to close on October 19, 2026, and no other case-management deadlines are currently in effect. Defendants request this extension to facilitate communication between clients and counsel to verify the accuracy of the assertions in the briefs and supporting materials, and to finalize the briefs alongside other professional commitments.

Plaintiff does not oppose this request.

Defendants' deadline to submit replies in support of their motions to dismiss is extended until September 4, 2026. The Clerk of Court is respectfully directed to close Dkt. 75.

SO ORDERED
August 27, 2026

JOHN P. CRONAN
United States District Judge

Sincerely,

MILLER JOHNSON

By Jennifer L. McManus
Jennifer L. McManus

cc: All Counsel of Record via ECF